UNITED STATES *versus* TWO BALES INDIAN GOODS, consisting of BLANKETS, STROUDS, CALICOS, etc. 

JOURNAL ENTRIES: (1) Sept. 25, 1820: sale again ordered, rule for notice of sale.
PAPERS IN FILE (1818–19): (1) Letter—collector to United States attorney; (2) libel; (3) precipe for rules to take depositions; (4) commission to take deposition, deposition of William Henry Puthuff.
*File No. . . . . Larned Docket*, MS p. 5.

 UNITED STATES *versus* ONE PIECE AND THREE-FOURTHS YARDS STROUDS, TWO PAIRS THREE POINT BLANKETS, FIVE PAIRS TWO AND ONE-HALF POINT BLANKETS, THREE PAIRS TWO POINT BLANKETS, THREE PAIRS ONE AND ONE-HALF POINT BLAN-KETS, THREE PAIRS ONE POINT BLANKETS, TWO MOLTON CA-POTS, SIX SKEINS COILED WOR-STED, TWELVE BRASS THIM-BLES, TWENTY-TWO HAWK BILLS, TWO AND THREE-FOURTHS YARDS PRINTED COTTON, TWELVE SCALPING KNIVES, TWENTY GUN FLINTS, NINE IN-DIAN AWLS, TWO AND THREE-FOURTHS YARDS GARTERING, TWENTY GUN WORMS, THREE-FOURTHS POUND COILED THREAD, PART ROLL TWIST TO-BACCO, ONE BAG BALL AND SHOT, ONE FLAT FILE, ONE SMALL KEG GUN POWDER, ONE BALE CLOTH, AND EIGHT AND ONE-FOURTH YARDS SCARLET CLOTH. 

JOURNAL ENTRIES: (1) Sept. 26, 1820: proclama-tion made, evidence heard, property con-demned, sale and notice of sale ordered.

PAPERS IN FILE (1818–20): (1) Libel; (2) commis-sion to take deposition, deposition of William Henry Puthuff; (3) commission to take deposi-tion, deposition of Eustache Roussain.
*File No. . . . . Larned Docket*, MS p. 6.

 UNITED STATES *versus* JAMES McCLOSKEY. 

JOURNAL ENTRIES: (1) Sept. 28, 1820: recogni-zance; (2) Sept. 27, 1821: rule for bill of particu-lars; (3) Oct. 3, 1821: motion for continuance granted; (4) Sept. 23, 1822: motion for venire facias granted; (5) Oct. 7, 1822: venire facias ordered issued, jury trial, verdict for plaintiff, motion in arrest of judgment; (6) Oct. 9, 1822: motion for judgment on verdict, motion for new trial; (7) Oct. 10, 1822: motion for judgment granted, judgment.
PAPERS IN FILE (1820–24): (1) Precipe for capias; (2) capias and return; (3) declaration; (4) affi-davit for continuance; (5) plea of nil debet and notice of defenses, notice to defendant to pro-duce papers; (6) venire facias and return; (7) verdict; (8) precipe for fi. fa.; (9) writ of fi. fa.; (10) precipe for venditioni exponas; (11–12) Treasury transcripts.
*File No. . . . . Larned Docket*, MS p. 12.

 UNITED STATES *versus* ONE BARREL WINE. 

JOURNAL ENTRIES: (1) Oct. 17, 1820: libel (incom-plete); (2) Oct. 12, 1821: proclamation made, property condemned, sale and notice of sale ordered.
PAPERS IN FILE (1820–22): (1) Letter—collector to deputy collector; (2) libel; (3) published notice; (4) subpoena; (5) account of sales, receipt.
*File No. . . . . Larned Docket*, MS p. 24.

 UNITED STATES *versus* TOM, AN INDIAN. 

JOURNAL ENTRIES: [None]
PAPERS IN FILE (1821): (1) Affidavit of Daniel Curtis, Captain, Second Regiment, United States Infantry; (2) warrant for arrest, return; (3) incomplete subpoena.
*File No. . . . .*